**UNITED STATES of America, for the use and benefit of Tri–M Electrical Contractors, Incorporated, Plaintiff–Appellant,**

v.

**ADAMS CONSTRUCTION COMPANY, Incorporated; United States Fidelity and Guaranty Company, Defendants–Appellees.**

**No. 01–1566.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2001.

Decided Oct. 22, 2001.

William M. Koontz, Steven L. Smith, Smith & Collins, North Charleston, SC, for appellant.

Daniel J. Weber, Atlanta, GA, for appellees.

Before WILKINS, NIEMEYER, and LUTTIG, Circuit Judges.

PER CURIAM.

Tri–M Electrical Contractors, Incorporated ("Tri–M") appeals a district court order granting partial summary judgment to Adams Construction Company Incorporated and United States Fidelity & Guaranty Company dismissing Tri–M's claim under the Miller Act, 40 U .S.C.A. §§ 270a et seq. (West 1986 & Supp.2001), and dismissing the remaining claims without prejudice. We have reviewed the record and the district court's oral findings and find no error. *See United States f/u/b Interstate Mechanical Construction v. International Fidelity Ins. Co.,* 200 F.3d 456 (6th Cir.2000); *United States f/u/b Noland Co. v. Andrews,* 406 F.2d 790 (4th Cir. 1969). Accordingly, we affirm on the reasoning of the district court. *See United States f/u/b v. Adams Constr. Co.,* No. CA–99–799–9–8 (D.S.C. filed Mar. 26, 2001; entered Mar. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*